IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:10-CV-00371 ) |
| PAUL BIGGERS, III, PAUL BIGGERS IV, and LORRIE L. TRAVIS, as natural parent and next of kin of JOSHUA PATRICK SULLIVAN, Deceased, | ) NIXON/BRYANT ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

Comes now, Plaintiff, Atlantic Mutual Insurance Company, and pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, hereby gives notice of dismissal of all claims asserted herein by Plaintiff, Atlantic Mutual Insurance Company, against Defendants Paul Biggers, III; Paul Biggers IV; and Lorrie L. Travis, as natural parent and next of kin of Joshua Patrick Sullivan, deceased.

*So Ordered.* [signature]

1